**Order entered November 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00874-CV

**TERESA WARD COOPER, ET AL., Appellants**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02287-A**

# ORDER

We **GRANT** appellants' October 19, 2015 motion for an extension of time to file a brief.

Appellants shall file a brief by **DECEMBER 3, 2015**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE